/102

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

2003 JUL 25 A 10: 2_

BRUCE HOLT,
    Plaintiff,

           'S DISTRICT COURT
            HARTFORD CT

v.      Civil Action No. 3:00-CV-1578 (RNC)

HOME DEPOT, U.S.A., INC. and
MELANIE GRAY,
    Defendants.

### DEFENDANT'S MOTION FOR STAY
### ON DISPOSITION OF PLAINTIFF'S MOTION FOR COURT COSTS

Following the jury verdict, Plaintiff filed a Motion for Court Costs on or about July 14, 2003 seeking $3,802.60 from Defendant Home Depot, U.S.A., Inc. for deposition costs and other fees associated with this case.

Defendant Home Depot, U.S.A., Inc. hereby requests, pursuant to Rule 62 of the Federal Rules of Civil Procedure, for a stay of consideration and ruling on Plaintiff's motion for court costs pending the Court's disposition of Defendant's Motion for Judgment as a Matter of Law (Judgment Notwithstanding the Verdict), New Trial or Remittitur.

As reasons therefore, Defendant hereby states that given Defendant's pending Motion for Judgment as a Matter of Law and New Trial, there has been no final judgment entered in this

---

January 23, 2004.  Holt v. Home Depot, U.S.A., Inc., et al., 3:00CV01578 (RNC)

Re: Motion to Stay [Doc. #102]

Denied. Defendants moved to stay proceedings on plaintiff's motion for costs [Doc. #90] pending the court's disposition of defendants' motion for judgment as a matter of law [Doc. #99]. The latter motion has been denied, rendering the motion to stay moot. Defendants must submit a memorandum in opposition to the motion for costs by Feb. 16, 2004.

So ordered.

2004 JAN 23 P 5: 31
S. DISTRICT COURT
HARTFORD, CT.

Robert N. Chatigny  U.S.D.J.