UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



FILED

2004 FEB 10  A 10: 55

U.S. DISTRICT COURT
HARTFORD, CT.

BRUCE HOLT,
    Plaintiff,

v.

HOME DEPOT, U.S.A., INC. and
MELANIE GRAY,
    Defendants.

Civil Action No. 3:00-CV-1578 (RNC)

### DEFENDANT'S NOTICE OF APPEAL

Pursuant to Rule 3 and Rule 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Defendant Home Depot, U.S.A., Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from the ruling and order of the District Court denying the Defendant's Motion For Judgment As A Matter Of Law (judgment notwithstanding the verdict) pursuant to Fed.R.Civ.P. 50(b), New Trial pursuant to Rule 59, and/or Remittitur pursuant to Rule 59. The District Court's ruling and order was entered in this action on January 22, 2004.

Respectfully submitted,

Defendant Home Depot, U.S.A., Inc.

By its attorney,

Robert P. Joy, Esq., ct14563
James M. Pender, Esq., ct24130
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA  02108
Phone: 617-523-6666

Date: February 9, 2004

1