UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE HOLT : | CIVIL ACTION NO. |
| Plaintiff, : | 3:00CV1578 (RNC) |
| v. : | |
| HOME DEPOT, U.S.A., INC., and : | |
| MELANIE GRAY, : | |
| Defendants : | |
| : | February 3, 2004 |

**PLAINTIFF'S MOTION FOR AN AMENDED JUDGMENT**

On July 1, 2003, after a full trial on the merits, the jury in this case found for the plaintiff, Bruce Holt, on Count III of the Complaint on the claim of promissory estoppel. The jury awarded the plaintiff damages against defendant Home Depot in the amount of $467,000. On July 2, 2003, judgment was entered by the District Court against defendant Home Depot for the amount of the jury award.

On July 11, 2003, the plaintiff filed a motion for court costs in the amount of $3,802.60.

In post-verdict motions, the defendant sought judgment as a matter of law, a new trial or remittitur. On January 22, 2004, this Court denied all three of the defendant's motions.

The plaintiff requests an amended judgment in this matter reflecting post-judgment interest to-date, pursuant to 28 U.S.C. §1961 (a), of $ 4,755.90. That interest is based on the 52-week constant maturity T-bill rate on July 3, 2003 of .0170%.

        THE PLAINTIFF,

By: _____
     Henry F. Murray ct17234
     Thomas W. Meiklejohn ct08755
     Livingston, Adler, Pulda, Meiklejohn
       & Kelly, P.C.
     557 Prospect Avenue
     Hartford, CT 06105-2922
     (860) 233-9821

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Plaintiff's Motion for An Amended Judgment has been mailed, first-class, postage prepaid on this 3rd day of February, 2004 to the following counsel of record:

James M. Pender
Robert P. Joy
Morgan, Brown & Joy
One Boston Place
Boston, MA  02108

_____
Henry F. Murray