90

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE HOLT<br>    Plaintiff,<br>v.<br><br>HOME DEPOT, U.S.A., INC., and<br>MELANIE GRAY,<br>    Defendants | CIVIL ACTION NO.<br>3:00CV1578 (RNC)<br><br><br><br><br>July 11, 2003 |

FILED
2003 JUL 14  P 12: 00
US DISTRICT COURT
HARTFORD CT

**PLAINTIFF BRUCE HOLT'S MOTION FOR COURT COSTS**

On July 1, 2003, after a full trial on the merits, the jury in this case found for the plaintiff, Bruce Holt, on Count III of the Complaint on the claim of promissory estoppel. The jury awarded the plaintiff damages against defendant Home Depot in the amount of $467,000. On July 2, 2003, judgment was entered by the District Court against defendant Home Depot for the amount of the jury award.

Based on the jury verdict and the applicable law, the plaintiff now respectfully requests that the court order the following post-verdict relief:

1.   Tax defendant Home Depot, Inc. plaintiff's costs in the amount of $ 3802.60 pursuant to Fed R. Civ. P. 54 and Local R. Civ. P. 17.

THE PLAINTIFF,

By: _____

---

February 10, 2004.   Holt v. Home Depot U.S.A., Inc., 3:02CV01578 (RNC)

Re: Motion for Costs [Doc. #90]

Denied without prejudice to refiling. The court's judgment in this action is currently on appeal. Under D. Conn. Local Civ. R. 54(a)(1), this motion will not become timely until the appellate court issues a mandate.

So ordered.

Robert N. Chatigny, U.S.D.J.