UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE HOLT | : | |
| | : | |
| Vs. | : | CASE NO. 3:00CV01578(RNC) |
| | : | |
| HOME DEPOT, USA, INC., | : | |
| MELANIE GRAY, DREX CROWELL | : | |
| AND HERB MILLER | : | |

AMENDED JUDGMENT

This matter came on for trial before a jury, the Honorable Robert N. Chatigny, Chief United States District Judge, presiding; and

All claims against defendants Drex Crowell and Herb Miller having been dismissed following the close of the evidence and the remaining claims against defendants Home Depot USA, Inc. and Melanie Gray having been duly tried; and the jury having returned a verdict in favor of the plaintiff against defendant Home Depot, USA, Inc. in the amount of Four Hundred Sixty Seven Thousand and 00/100 Dollars ($467,000.00); and the jury having further returned a verdict in favor of defendant Melanie Gray on plaintiff's complaint; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for the plaintiff against the defendant Home Depot USA, Inc. in the amount of Four Hundred Sixty Seven Thousand and 00/100 Dollars ($467,000.00) and interest to-date pursuant to 28 U.S.C. § 1961(a), based on the 52-week constant maturity T-bill rate on July 3, 2003; and it is further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for defendants Drex Crowell, Herb Miller and Melanie Gray on plaintiff's complaint.

Dated at Hartford, Connecticut, this 11th day of February 2004.

KEVIN F. ROWE, Clerk

EOD: _____          By        /s/lik       
                                      Linda I. Kunofsky
                                      Deputy Clerk_____