UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 FEB 17 P 2: 15

U.S. DISTRICT COURT
HARTFORD, CT

BRUCE HOLT, :
   Plaintiff, :
   :
v. : Civil Action No. 3:00-CV-1578 (RNC).
   :
HOME DEPOT, U.S.A., INC. and :
MELANIE GRAY, :
   Defendants. :

### DEFENDANT'S MOTION TO STAY JUDGMENT AND COURT COSTS PENDING APPEAL

On July 1, 2003, the jury in this case awarded Plaintiff Bruce Holt damages in the amount of $467,000. On July 14, 2003, Plaintiff filed a Motion for Court Costs seeking $3,802.60 from Defendant Home Depot, U.S.A., Inc. for deposition costs and other fees associated with this case. On July 18, 2003, Defendant filed a Motion for Judgment As A Matter of Law, New Trial, and Remittitur. On July 25, 2003, Defendant filed a Motion to Stay consideration and ruling upon Plaintiff's motion for costs pending the disposition of Defendant's Motion for Judgment As A Matter of Law, New Trial, and Remittitur.

On January 22, 2004, the Court denied Defendant's Motion for Judgment As A Matter of Law, New Trial, and Remittitur. On January 23, 2004, the Court denied Defendant's Motion to Stay in light of the Court's denial of Defendant's post-trial motions. On February 3, 2004, Plaintiff filed a Motion for Amended Judgment, seeking interest on the judgment.

On or about February 10, 2004, Defendant filed a Notice of Appeal seeking appellate review of Defendant's Motion for Judgment As A Matter of Law, New Trial, and Remittitur by the United States Court of Appeals for the Second Circuit. In light of Defendant's appeal, Defendant hereby requests, pursuant to Fed.R.Civ.P. 62(b) and Fed.R.App.P. 8(a)(1), that

enforcement of the judgment as well as Plaintiff's motion for court costs be stayed pending appeal.

>Respectfully submitted,
>
>Defendants Home Depot, U.S.A., Inc.
>
>By its attorneys,
>
>_____
>Robert P. Joy, Esq., ct14563
>James M. Pender, Esq., ct24130
>Morgan, Brown & Joy, LLP
>One Boston Place
>Boston, MA 02108
>Phone: 617-523-6666
>Fax:    617-367-3125

Date: February 16, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Henry F. Murray, Esq.; Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Ave., Hartford, CT 06105, by first-class mail this 16th day of February 2004.

_____
James M. Pender