UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

BRUCE HOLT,
    Plaintiff,

v.                                 Civil Action No. 3:00-CV-1578 (RNC)

HOME DEPOT, U.S.A., INC. and
MELANIE GRAY,
    Defendants.

## INDEX TO THE RECORD ON APPEAL

| Date Filed | Court Doc. No. | Document Name | Document No. |
|---|---|---|---|
| 8/18/2000 | 1 | Notice of Removal/Complaint | 1 |
| 10/3/2000 | 14 | Answer to Complaint | 2 |
| 7/1/2003 | 85 | Marked Exhibit List for Plaintiff | 3 |
| 7/1/2003 | 86 | Marked Exhibit List for Defendants | 4 |
| 7/1/2003 | 87 | Marked Court Exhibit List | 5 |
| 7/1/2003 | 88 | Jury Verdict | 6 |
| 7/2/2003 | 89 | Judgment for Plaintiff Bruce Holt | 7 |
| 7/21/2003 | 99 | Motion by Home Depot for Judgment as a Matter of Law, for New Trial and Remittitur | 8 |
| 7/21/2003 | 100 | Memorandum by Home Depot in support of Motion for Judgment as a Matter of Law, New Trial and Remittitur | 9 |
| 8/28/2003 | 106 | Memorandum by Bruce Holt in opposition to Motion for Judgment as Matter of Law, New Trial, and Remittitur | 10 |
| 9/15/2003 | 107 | Reply brief in support of motion for Judgment as Matter of Law, New Trial, and Remittitur | 11 |

1

| Date | No. | Description | Page |
|---|---|---|---|
| 1/23/2004 | 109 | Ruling and Order denying motion for Judgment as Matter of Law, New Trial, and Remittitur | 12 |
| 2/10/2004 | 110 | Notice of Appeal | 13 |
| 7/17/2003 | 93 | Transcript for 6/23/2003 | 14 |
| 7/17/2003 | 94 | Transcript for 6/24/2003 | 15 |
| 7/17/2003 | 95 | Transcript for 6/25/2003 | 16 |
| 7/17/2003 | 92 | Transcript for 6/26/2003 | 17 |
| 7/17/2003 | 96 | Transcript for 6/30/2003 | 18 |
| 7/17/2003 | 97 | Transcript for 7/1/2003 | 19 |

Respectfully submitted,

Defendant Home Depot, U.S.A., Inc.

By its attorney,

*[signature]*

Robert P. Joy, Esq., ct14563
James M. Pender, Esq., ct24130
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA  02108
Phone:  617-523-6666

Date: February 18, 2004

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was served upon counsel for plaintiff, Henry F. Murray, Esq., LIVINGSTON, ADLER, PULDA, MEIKLEJOHN & KELLY, P.C., 557 Prospect Ave., Hartford, CT 06105, by first-class mail this 18th day of February 2004.

*[signature]*
James M. Pender