# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

FILED 2004 FEB 17 P 2: 15

U.S. DISTRICT COURT

BRUCE HOLT,
    Plaintiff,

v.    Civil Action No. 3:00-CV-1578 (RNC)

HOME DEPOT, U.S.A., INC. and
MELANIE GRAY,
    Defendants.

## DEFENDANT'S MOTION TO STAY JUDGMENT AND COURT COSTS PENDING APPEAL

On July 1, 2003, the jury in this case awarded Plaintiff Bruce Holt damages in the amount of $467,000. On July 14, 2003, Plaintiff filed a Motion for Court Costs seeking $3,802.60 from Defendant Home Depot, U.S.A., Inc. for deposition costs and other fees associated with this case. On July 18, 2003, Defendant filed a Motion for Judgment As A Matter of Law, New Trial, and Remittitur. On July 25, 2003, Defendant filed a Motion to Stay consideration and ruling upon Plaintiff's motion for costs pending the disposition of Defendant's Motion for Judgment As A Matter of Law, New Trial, and Remittitur.

On January 22, 2004, the Court denied Defendant's Motion for Judgment As A Matter of

---

**May 24, 2004.**  Holt v. Home Depot, 3:00CV1578 (RNC)

Re: Defendant's Motion to Stay Judgment and Court Costs Pending Appeal [Doc. # 115]

Denied without prejudice. Defendant moves to stay enforcement of the judgment pending the outcome of its appeal to the Second Circuit, citing Fed. R. Civ. P. 62(b). If the parties are unable to agree to a stay, defendant may file a renewed motion pursuant to Fed. R. Civ. P. 62(d). So ordered.

Robert N. Chatigny / U.S.D.J.

FILED 4 MAY 24 A 11: 39 DISTRICT COURT HARTFORD, CT.