FILED
JUL 1 2 2004
Roseann B. MacKechnie, CLERK
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

BRUCE HOLT,
  Plaintiff-Appellee,

v.         Docket No. 04-0784-CV

HOME DEPOT, U.S.A., INC. and
MELANIE GRAY,
  Defendant-Appellant

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE RECONSIDERATION WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by Defendant-Appellant's counsel so notifying the Clerk of this Court in writing by August 31, 2004. If not thus reactivated, the appeal shall be deemed withdrawn with prejudice.

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

Robert P. Joy, Esq.
Attorney for Defendant-Appellant
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA 02108
617-523-6666

Thomas W. Meiklejohn, Esq.
Attorney for Plaintiff-Appellee
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Ave.
Hartford, CT 06105-2922
860-233-9821

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Stanley A. Bass, Staff Counsel
July 12, 2004

A TRUE COPY
Roseann B. MacKechnie, CLERK
by Latisha Hobbs
DEPUTY CLERK

CERTIFIED: 7/16/04