## MORGAN, BROWN & JOY, LLP
ATTORNEYS AT LAW
ONE BOSTON PLACE
BOSTON, MASSACHUSETTS 02108-4472
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

JAMES M. PENDER

DIRECT DIAL (617) 788-5060
jpender@morganbrown.com

—SAB
9/9/04
DC | new haven
00-cv-1578
Hon. Chatigny

August 31, 2004

By Facsimile (212-857-8756) and Mail

Stanley A. Bass
Staff Counsel
United States Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

REINSTATEMENT

[FILED SEP 09 2004 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT, Roseann B. MacKechnie, Clerk]

RE: Holt v. Home Depot, U.S.A., Inc.
No. 04-0784-CV

Dear Mr. Bass:

On July 12, 2004, the parties stipulated to hold the above-referenced appeal in abeyance to discuss settlement without prejudice to reactive the appeal. (See enclosed stipulation for reference). The parties have fully explored and exhausted all efforts at settlement without success. Accordingly, Defendant-Appellant Home Depot, U.S.A., Inc. hereby requests a reactivation of this appeal.

Please let me know about the possible briefing schedule. As the parties have been actively attempting to settle this matter in good faith up until today, Home Depot respectfully requests a minimum of two (2) weeks to ready the appellate brief and print the record appendix.

Thank you for your attention to this matter. Please call me at the phone number above if you would like to discuss.

Very truly yours,

James M. Pender

Counsel for Defendant-Appellant
Home Depot, U.S.A., Inc.

Enclosed stipulation

A TRUE COPY
Roseann B. MacKechnie, CLERK
by Satisha Gibbs
DEPUTY CLERK

CERTIFIED: 9·13·2004

00-CV-1578
Hon Chatigny

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

BRUCE HOLT,
    Plaintiff-Appellee,

v.

Docket No. 04-0784-CV

HOME DEPOT, U.S.A., INC. and
MELANIE GRAY,
    Defendant-Appellant

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE RECONSIDERATION WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by Defendant-Appellant's counsel so notifying the Clerk of this Court in writing by August 31, 2004. If not thus reactivated, the appeal shall be deemed withdrawn with prejudice.

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

Robert P. Joy, Esq.
Attorney for Defendant-Appellant
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA 02108
617-523-6666

Thomas W. Meiklejohn, Esq.
Attorney for Plaintiff-Appellee
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Ave.
Hartford, CT 06105-2922
860-233-9821

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

July 12, 2004

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 7/16/04

MORGAN, BROWN & JOY, LLP

Copy to (by mail only):

Robert P. Joy, Esq.
Derek Bottoms, Esq.
Thomas W. Meiklejohn, Esq.