**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| _____ : | CIVIL ACTION NO. |
| BRUCE HOLT                                      : | 3:00CV1578 (RNC) |
|        Plaintiff,                          : | |
| v.                                                       : | |
|                                                   : | |
| HOME DEPOT, U.S.A., INC., and        : | |
| MELANIE GRAY,                                 : | |
|        Defendants                     : | |
| _____: | May 2, 2005 |

**PLAINTIFF'S MOTION FOR AN AMENDED JUDGMENT**

On July 1, 2003, after a full trial on the merits, the jury in this case found for the

plaintiff, Bruce Holt, on Count III of the Complaint on the claim of promissory estoppel.

The jury awarded the plaintiff damages against defendant Home Depot in the amount

of $467,000.  On July 2, 2003, judgment was entered by the District Court against

defendant Home Depot for the amount of the jury award.

In post-verdict motions, the defendant sought judgment as a matter of law, a new

trial or remittitur.  On January 22, 2004, this Court denied all three of the defendant's

motions.

The defendant appealed to the Second Circuit Court of Appeals which issued a

decision denying the defendant's appeal on April 6, 2005.  The Court of Appeals issued

a Summary Order and Mandate to the District Court on April 27, 2005.

Accordingly, the plaintiff requests an amended judgment in this matter reflecting

post-judgment interest to-date, pursuant to 28 U.S.C. §1961 (a), of $ 14,607.76.  That

interest is calculated for the period July 1, 2003 to May 1, 2005 based on the 52-week

constant maturity T-bill rate on July 3, 2003 of .0170%.

THE PLAINTIFF,


By: _____
Henry F. Murray ct17234
Thomas W. Meiklejohn ct08755
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Motion for An Amended Judgment has been mailed, first-class, postage prepaid on this 2rd day of May, 2005 to the following counsel of record:


James M. Pender
Robert P. Joy
Morgan, Brown & Joy
One Boston Place
Boston, MA  02108


_____
Henry F. Murray