UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
BRUCE HOLT                                     :    CIVIL ACTION NO.
        Plaintiff,                      :    3:00CV1578 (RNC)
v.                                             :
                                               :
HOME DEPOT, U.S.A., INC., and                  :
MELANIE GRAY,                                  :
        Defendants                      :
_____:    May 2, 2005

**PLAINTIFF BRUCE HOLT'S MOTION FOR COURT COSTS**

On July 1, 2003, after a full trial on the merits, the jury in this case found for the plaintiff, Bruce Holt, on Count III of the Complaint on the claim of promissory estoppel. The jury awarded the plaintiff damages against defendant Home Depot in the amount of $467,000. On July 2, 2003, judgment was entered by the District Court against defendant Home Depot for the amount of the jury award.

In post-verdict motions, the defendant sought judgment as a matter of law, a new trial or remittitur. On January 22, 2004, this Court denied all three of the defendant's motions.

The defendant appealed to the Second Circuit Court of Appeals which issued a decision denying the defendant's appeal on April 6, 2005. The Court of Appeals issued a Summary Order and Mandate to the District Court on April 27, 2005.

On July 11, 2003, the plaintiff filed his original motion for court costs in the amount of $ 3802.60.

The plaintiff now respectfully renews his request that the Court order the following relief:

1. Tax defendant Home Depot, Inc. plaintiff's trial costs in the amount of $ 3,802.60 pursuant to Fed R. Civ. P. 54 and Local R. Civ. P. 17.

THE PLAINTIFF,

By: _____
Henry F. Murray  ct17234
Thomas W. Meiklejohn ct08755
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Plaintiff's Motion for Court Costs has been mailed, first-class, postage prepaid on this 2nd day of May, 2005 to the following counsel of record:

James M. Pender
Robert P. Joy
Morgan, Brown & Joy
One Boston Place
Boston, MA  02108

_____
Henry F. Murray