DC/NEW haven
00-CV-1578
Hon. Chatigny

**ITEMIZED AND VERIFIED BILL OF COSTS**

United States Court of Appeals
For the Second Circuit

---

BRUCE HOLT,
Plaintiff - Appellee,

v.

HOME DEPOT USA, INC.
Defendant- Appellant.

---

UNITED STATES COURT OF APPEALS
FILED
MAY 10 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

Docket No. 04-0784-cv

Counsel for Plaintiff - Appellee Bruce Holt respectfully submits, pursuant to Rule 39 c) of Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepa itemized statement of costs taxed against the Defendant -Appellant Home Depot, Inc. and ir favor of the Plaintiff Appellee Bruce Holt for insertion in the mandate.

Docketing Action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ______

Costs of printing appendix (necessary copies ______) . . . . . . . . . . . . . ______

Costs of printing brief (necessary copies 12 ) . . . . . . . . . . . . . . . . $192.63

Costs of printing reply brief (necessary copies ______) . . . . . . . . . . . . . ______

This is an accurate statement of costs, and the attached bill reflects these charges.

THE PLAINTIFF- APPELLEE

Thomas W. Meiklejohn (ct08755)
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821

STATEMENT OF COSTS
Taxed in the amount of $ 192.63 in favor of Appellee, Bruce Holt
FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk
Arthur M. Heller, Motions Staff Attorney
MAY 10 2005
Date

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

CERTIFIED: MAY 10 2005