**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE HOLT<br>    Plaintiff,<br>v.<br>HOME DEPOT U.S.A., INC., and<br>MELANIE GRAY,<br>    Defendants | CIVIL ACTION NO.<br>3:00CV1578 (RNC)<br><br><br><br><br>May 2, 2005 |

*So ordered. Granted absent objection.*
*Robert N. Chatigny, U.S.D.J.*
*August 17, 2005.*

### PLAINTIFF'S MOTION FOR AN AMENDED JUDGMENT

On July 1, 2003, after a full trial on the merits, the jury in this case found for the plaintiff, Bruce Holt, on Count III of the Complaint on the claim of promissory estoppel. The jury awarded the plaintiff damages against defendant Home Depot in the amount of $467,000. On July 2, 2003, judgment was entered by the District Court against defendant Home Depot for the amount of the jury award.

In post-verdict motions, the defendant sought judgment as a matter of law, a new trial or remittitur. On January 22, 2004, this Court denied all three of the defendant's motions.

The defendant appealed to the Second Circuit Court of Appeals which issued a decision denying the defendant's appeal on April 6, 2005. The Court of Appeals issued a Summary Order and Mandate to the District Court on April 27, 2005.

Accordingly, the plaintiff requests an amended judgment in this matter reflecting post-judgment interest to-date, pursuant to 28 U.S.C. §1961 (a), of $ 14,607.76. That interest is calculated for the period July 1, 2003 to May 1, 2005 based on the 52-week constant maturity T-bill rate on July 3, 2003 of .0170%.