**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRUCE HOLT<br>　　　　Plaintiff,<br>v.<br><br>HOME DEPOT, U.S.A., INC., and<br>MELANIE GRAY,<br>　　　　Defendants | : CIVIL ACTION NO.<br>: 3:00CV1578 (RNC)<br>:<br>:<br>:<br>:<br>:<br>:<br>: May 2, 2005 |

### PLAINTIFF BRUCE HOLT'S MOTION FOR COURT COSTS

On July 1, 2003, after a full trial on the merits, the jury in this case found for the plaintiff, Bruce Holt, on Count III of the Complaint on the claim of promissory estoppel. The jury awarded the plaintiff damages against defendant Home Depot in the amount of $467,000. On July 2, 2003, judgment was entered by the District Court against defendant Home Depot for the amount of the jury award.

In post-verdict motions, the defendant sought judgment as a matter of law, a new trial or remittitur. On January 22, 2004, this Court denied all three of the defendant's motions.

The defendant appealed to the Second Circuit Court of Appeals which issued a decision denying the defendant's appeal on April 6, 2005. The Court of Appeals issued Summary Order and Mandate to the District Court on April 27, 2005.

On July 11, 2003, the plaintiff filed his original motion for court costs in the amount of $ 3802.60.

*August 17, 2005. Granted absent objection. So ordered.*

*Roberta N. Chatigny, U.S.D.J.*