UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE HOLT | : | |
| | : | |
| Vs. | : | CASE NO. 3:00CV01578(RNC) |
| | : | |
| HOME DEPOT, USA, INC., | : | |
| MELANIE GRAY, DREX CROWELL | : | |
| AND HERB MILLER | : | |

## SECOND AMENDED JUDGMENT

This matter came on for trial before a jury, the Honorable Robert N. Chatigny, United States District Judge, presiding; and

All claims against defendants Drex Crowell and Herb Miller having been dismissed following the close of the evidence and the remaining claims against defendants Home Depot USA, Inc. and Melanie Gray having been duly tried; and the jury having returned a verdict in favor of the plaintiff against defendant Home Depot, USA, Inc. in the amount of Four Hundred Sixty Seven Thousand and 00/100 Dollars ($467,000.00); and the jury having further returned a verdict in favor of defendant Melanie Gray on plaintiff's complaint; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for the plaintiff against the defendant Home Depot USA, Inc. in the amount of Four Hundred Sixty Seven Thousand and 00/100 Dollars ($467,000.00) together with interest from the period July 1, 2003 to May 1, 2005 pursuant to 28 U.S.C. § 1961(a), in the amount of Fourteen Thousand Six Hundred Seven and 76/100 Dollars ($14,607.76) based on the 52-week constant maturity T-bill rate on July 3, 2003 of .0170%, and together with costs in the amount of Three Thousand Eight Hundred Two and 60/100 Dollars ($3,802.60); and it is further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for defendants Drex Crowell, Herb Miller and Melanie Gray on plaintiff's complaint.

Dated at Hartford, Connecticut, this 6th day of September 2005.

KEVIN F. ROWE, Clerk

EOD: _____                    By_____/s/_____
                                              Jo-Ann Walker
                                              Deputy Clerk_____