UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WRIT OF EXECUTION
(APPLICATION)

FILED

2005 SEP 15 P 3: 29

| | |
|---|---|
| Plaintiff<br>　　BRUCE HOLT<br>v.<br><br>Defendant<br>　　HOME DEPOT, U.S.A. INC., and<br>　　MELANIE GRAY | Civil Action No. 3:00CV1578 (RNC)<br>HARTFORD, CT. |

ADDRESS OF COURT:
　　450 Main Street
　　Hartford, CT 06105

DATE OF JUDGMENT:
September 16, 2005

**NAME OF JUDGMENT CREDITOR MAKING APPLICATION:**
　　BRUCE HOLT

**NAME OF JUDGMENT DEBTOR:**
　　HOME DEPOT U.S.A., INC.

1. Amount of Judgment: $467,000

2. Amount of Costs: $3802 awarded by District Court.
　　　　　　　　　　$193.23 Bill of Costs from Court of Appeals

3. Total Judgment and Costs: $470,995.23

4. Interest: $14607.76 to May 1, 2005 awarded in Amended Judgment
　　　　$2750.66 from May 1, 2005 to September 1, 2005

5. Total Paid on Account: 0

6. Total Unpaid Judgment: $488,353.65

SIGNED _____
Thomas W. Meiklejohn
Attorney for Plaintiff -
Name and Address  Livingston, Adler, Pulda, Meiklejohn &
Tel. No.          Kelly, P.C. 557 Prospect Avenue., Hartford, CT 06105
(860) 233-9821

Date: 9/14/05

INSTRUCTION FOR WRIT OF EXECUTION
(Application)

Name and mailing address of Judgment Creditor or attorney

PLAINTIFF OR PLAINTIFF'S ATTORNEY - Type or Print. Complete original and 4 copies of the Application. If judgment debtor is a natural person, attach copy of Exemption Form. Present original and 3 copies to clerk of court.

CLERK - Check the file to ensure that no stay of enforcement has been entered on the judgment, the time for filing an appeal of the judgment has expired, no appeal has been filed staying enforcement of the judgment and that the information provided on the application is correct. Sign original execution; original and copies to the applicant. Retain a copy for the file.

SHERIFF - Make execution as directed in the "Execution" section. Make return on signed original within four months from the date this execution issued. If judgment debtor is a natural person, attach exemption claim form to copy(ies) of execution served. Complete Section II on exemption claim form.

PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS A NATURAL PERSON - Pursuant to Conn. Gen. Stat. 52-356a, you are required to mail to the judgment debtor (indicated on reverse side) at his last known address, postage prepaid, a copy of this property execution and the attached property execution exemption claim form. Complete Section III on exemption claim form before mailing it to judgment debtor. Twenty days from the date of the service of this property execution, you must deliver to the sheriff property owned by the judgment debtor in your possession or you must deliver to the sheriff payment of a debt owed by you to the judgment debtor. EXCEPT (1) If an exemption claim has been filed with the court you shall withhold delivery of the property or payment of the debt owed by you subject to the determination of the exemption claim by the court and (2) if the debt owed by you to the judgment debtor is not due at the expiration of the twenty days, you shall pay the amount to the sheriff when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

PERSON IN POSSESSION OF PROPERTY OF JUDGMENT DEBTOR WHO IS NOT A NATURAL PERSON - Pursuant to Conn. Gen. Stat. 52-356a, you are required to deliver to the sheriff, property in your possession owned by the judgment debtor or pay to the sheriff the amount of a debt owed by you to the judgment debtor, provided, if the debt owed by you is not yet payable, payment shall be made to the sheriff when the debt becomes due if it becomes due within four months after the date of issuance of this execution.

## EXECUTION

TO ANY PROPER OFFICER:

    WHEREAS on said date of judgment the Judgment Creditor recovered judgment against the Judgment Debtor before the Court for the amount stated, as appears of record, whereof execution remains to be done. These are therefore, BY AUTHORITY OF THE UNITED STATES DISTRICT COURT TO COMMAND YOU: That of the nonexempt goods of said Judgment Debtor within your precincts, you cause to be levied (the same being seized and sold as the law directs), paid and satisfied to said Judgment Creditor the total unpaid amount of said judgment, plus your own fees in the following manner: You shall personally serve a copy of this execution on the Judgment Debtor, and make demand for payment by the Judgment Debtor of all sums due under the money judgment. On failure of the Judgment Debtor to make immediate payment you are commanded to levy on nonexempt personal property of the Judgment Debtor, other than debts due from a banking institution or earnings, sufficient to satisfy the judgment as follows: If such nonexempt personal property is in the possession of the Judgment Debtor, you shall take such personal property into your possession as is accessible without breach of the peace. If the Judgment Debtor has left the state prior to service of this execution, or if the Judgment Debtor cannot be found with reasonable effort at the last known address in this state, you shall proceed with the levy after (1) making demand for payment at such last known address and on any agent or attorney of the Judgment Debtor of record with the United States District Court for the District of Connecticut and (2) making a reasonable effort to ascertain and provide notice of the execution at any forwarding address.

    On failure of the Judgment Debtor to make immediate payment of all sums due under the money judgment, and upon your being unable to levy on nonexempt personal property of the Judgment Debtor in the Judgment Debtor's possession and, if the Judgment Debtor has left the state prior to service of this execution, upon your being unable to obtain payment sufficient to satisfy the judgment by making demand for payment at the Judgement Debtor's last known address in this state and on any agent or attorney of the Judgment Debtor of record with the United States District Court, District of Connecticut, you are also commanded to make demand upon any third person having possession of nonexempt personal property of the Judgment Debtor for payment to you, or to levy on any nonexempt personal property or debt due said Judgment Debtor sufficient to satisfy the total amount of judgment unpaid pursuant to Conn. Gen. Stat. § 52-356a(4)(c). After having made such demand you are directed to serve two true and attested copies of this execution, with your doings endorsed thereon, on the third person upon whom such demand was made.

HEREOF FAIL NOT, AND MAKE DUE RETURN OF THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW, WITHIN FOUR MONTHS HEREOF.

NOTICE: THE JUDGMENT DEBTOR'S NONEXEMPT PERSONAL PROPERTY IS SUBJECT TO LEVY, SEIZURE AND SALE BY ANY PROPER OFFICER PURSUANT TO THIS EXECUTION.

WITNESS THE HONORABLE

_Robert N. Chatigny_
UNITED STATES DISTRICT JUDGE

DATE: September 15, 2005

**KEVIN F. ROWE**
CLERK OF THE COURT

DEPUTY CLERK

## RETURN OF SERVICE

STATE OF CONNECTICUT   :
                       : ss:
COUNTY OF              :

On the _____ day of _____, ~~1991~~ 2005, then and there I duly served the foregoing application, order and execution on _____

by leaving with or at the usual place of abode of _____,

a true and attested copy of the original application, order and execution.

Attest: _____
        Proper Officer

_____
Title

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing Application for Writ of Execution of Amended Judgement was mailed on this 14th day of September Express mail, postage pre-paid to all counsel of record as follows:

James Pender
Robert P. Joy
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA 02108

_____
Thomas W. Meiklejohn