UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE HOLT, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 300-CV-1578 RNC |
| | : | |
| HOME DEPOT, U.S.A., INC. and | : | |
| MELANIE GRAY | : | |
|     Defendants. | : | |

**DEFENDANT HOME DEPOT'S MOTION TO QUASH WRIT OF EXECUTION AND REQUEST FOR ORAL ARGUMENT**

Defendant Home Depot, U.S.A., Inc. ("Home Depot") hereby moves this Court to quash or, in the alternative, stay the Writ of Execution issued by the Court on September 15, 2005 to satisfy the judgment of the above-referenced case.

As reasons therefore, Home Depot hereby states as follows:

1.  Plaintiff did not properly serve Home Depot when filing the underlying Motion for Amended Judgment or the Application for Writ of Execution.

    a.  By letter dated January 12, 2005, counsel for Home Depot, James Pender of Morgan, Brown & Joy, LLP, informed Plaintiff's counsel Thomas Meiklejohn that Morgan, Brown & Joy's office address had changed from One Boston Place to 200 State Street; both addresses being in Boston, Massachusetts.

    b.  Plaintiff's counsel has acknowledged that he received this written notice of the change of address.

    c.  Despite his acknowledgement of receipt, Plaintiff's counsel, due to an admitted oversight on his part, continued to use Morgan, Brown & Joy's old address to serve Home Depot in all of Plaintiff's filings in the District Court subsequent to this notice.

    d.  Morgan, Brown & Joy has experienced a significant delay in the forwarding of mail from its old address to its current address. On average, it takes 2-3 weeks to receive mail sent to the old address. In a number of instances, mail has never been forwarded necessitating that mail be re-mailed by the sender to the correct address.

  e. For example, Plaintiff's Application for Writ of Execution was dated August 25, 2005 but was not received by Morgan, Brown & Joy until Thursday, September 15, 2005.

  f. As a result of Plaintiff's failure of service, Home Depot has been prejudiced in timely responding to Plaintiff's Motion for Amended Judgment and the Application for Writ of Execution.

2. As additional grounds for granting this Motion to Quash, Home Depot, by its counsel, has repeatedly assured Plaintiff's counsel that Home Depot will satisfy the judgment in full, including requisite costs and interest, <u>no later than</u> Wednesday, September 28, 2005 and, in all likelihood, be received by Plaintiff's counsel before that date.

  Despite these assurances, Plaintiff's counsel has indicated that serving the Writ of Execution and attempted seizing of a Home Depot bank account will, in some manner, serve his client's interests.  In light of the express promise that full payment of the judgment will be made by September 28, Home Depot contends that the only purpose for Plaintiff to serve the Writ of Execution appears to be an attempt to use the writ process to avoid the requisite withholdings by Home Depot to the Internal Revenue Service and/or Connecticut Department of Revenue Services that the judgment is subject to by law as taxable income.

3. Home Depot hereby requests Oral Argument on this Motion.

  For the foregoing reasons, Home Depot hereby respectfully requests that this Motion to Quash the Writ of Execution be GRANTED.  In the alternative, Home Depot requests that the Court stay the writ until September 30, 2005, which is sufficient time for Plaintiff to be in receipt of satisfaction of the judgment.

Respectfully submitted,

Defendant Home Depot, U.S.A., Inc.,

By its attorneys,

/s/ Robert P. Joy, Esq.
James M. Pender, Esq.
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA  02109
Phone:  617-523-6666
Fax:     617-367-3125

Date:  September 21, 2005

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion was sent, by overnight mail on September 21, 2005 to Plaintiff's counsel, Thomas W. Meiklejohn, Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., 557 Prospect Avenue, Hartford, CT  06105-7818.

/s/ Robert P. Joy