

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT    FILED

BRUCE HOLT,
    Plaintiff,

    v.

HOME DEPOT, U.S.A., INC. and
MELANIE GRAY
    Defendants.

2005 SEP 22 A 10: 23

Civil Action No. 300-CV-1578 RNC

### DEFENDANT HOME DEPOT'S MOTION TO QUASH WRIT OF EXECUTION AND REQUEST FOR ORAL ARGUMENT

Defendant Home Depot, U.S.A., Inc. ("Home Depot") hereby moves this Court to quash or, in the alternative, stay the Writ of Execution issued by the Court on September 15, 2005 to satisfy the judgment of the above-referenced case.

As reasons therefore, Home Depot hereby states as follows:

1. Plaintiff did not properly serve Home Depot when filing the underlying Motion for Amended Judgment or the Application for Writ of Execution.

    a. By letter dated January 12, 2005, counsel for Home Depot, James Pender of Morgan, Brown & Joy, LLP, informed Plaintiff's counsel Thomas Meiklejohn that Morgan, Brown & Joy's office address had changed from One Boston Place to 200 State Street; both addresses being in Boston, Massachusetts.

    b. Plaintiff's counsel has acknowledged that he received this written notice of the change of address.

    c. Despite his acknowledgement of receipt, Plaintiff's counsel, due to an admitted oversight on his part, continued to use Morgan, Brown & Joy's old address to serve Home Depot in all of Plaintiff's filings in the District Court subsequent to this notice.

    d. Morgan, Brown & Joy has experienced a significant delay in the forwarding of mail from its old address to its current address. On average, it takes 2-3 weeks to receive mail sent to the old address. In a number of instances, mail has never been forwarded necessitating that mail be re-mailed by the sender to the correct address.

*September 28, 2005. Denied as moot. So ordered.*
*Robert N. Chatigny, U.S.D.J.*